# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS,

        Appellant

        v.

HONORABLE WILLIAM T. TULLY,
JUDGE, DAUPHIN COUNTY COURT OF
COMMON PLEAS,

        Appellee

:  No. 17 MAP 2017
:
:
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 116 MD 2017
:  dated 3/27/2017
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2017, the Notice of Appeal is quashed.